FILED
2005 Nov-18 PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| DERRICK L. WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-AR-1256-S |
| | ) |
| ATTORNEY GENERAL FOR THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

<u>FINAL JUDGMENT</u>

On November 2, 2005 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. On November 14, 2005 petitioner filed objections to the magistrate judge's findings and recommendation.

After careful consideration of the record in this case, the magistrate judge's findings and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the findings of the magistrate judge. The court further ACCEPTS the recommendation of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED AND DECREED that petitioner's objections are OVERRULED and the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED for lack of subject matter jurisdiction.

Petitioner's motion for evidentiary hearing is DENIED.

DONE this the 18th day of November, 2005.

```
                                    _____
                                    WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE
```